SINGER & GOGER
Renaissance Towers
111 Mulberry Street
Newark, New Jersey 07102
Tele: 973-802-1245

G. Martin Meyers, Esq.
LAW OFFICES OF G. MARTIN MEYERS, P.C.
35 West Main Street, Suite 106
Denville, New Jersey 07834
Tele: 973-625-0838
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARC SCONZO and LARRY GERSTEL,<br><br>    Plaintiffs,<br><br>v.<br><br>SYNTHES (USA), SYNTHES SPINE COMPANY, L.P. and KOSTA KABOKOF,<br><br>    Defendants.<br>------------------------------------------------------------x<br>SYNTHES SPINE COMPANY, L.P.<br><br>    Counterclaim Plaintiff,<br><br>v.<br><br>LARRY GERSTEL,<br><br>    Counterclaim Defendant. | Civil Action No. 2:07-cv-03404<br><br>**STIPULATION OF DISMISSAL<br>AS TO PLAINTIFF<br>MARC SCONZO**<br><br>10/28/08<br>*So Ordered*<br>*Peter Molinelli* (signature) |

It is hereby stipulated and agreed that Plaintiff Marc Sconzo's claims against defendants

Synthes (U.S.A.), Synthes Spine Company, L.P. and Kosta Kobakof be and are hereby dismissed

with prejudice and that each party shall bear his/its own fees, including attorney fees, and costs.

DATED: October 22, 2008

SINGER & GOGER
Attorneys for Plaintiff

/s/ Susan S. Singer
_____

By:   Susan S. Singer
      111 Mulberry Street
      Newark, NJ  07102
      (973) 802-1245

BLANK ROME
Attorneys for Defendant Synthes (USA)
and Defendant/Counterclaim Plaintiff Synthes Spine, L.P.

/s/ Julie E. Reid
_____

By:   Julie E. Reid, Esq.
      SCOTT F. COOPER, ESQUIRE
      A New Jersey Resident Partner
      ANTHONY B. HALLER, ESQUIRE
      Admitted *pro hac vice*
      JULIE E. REID, ESQUIRE
      Woodland Falls Corporate Park
      210 Lake Drive East, Suite 200
      Cherry Hill, NJ  08002
      (856) 779-3600

COZEN O'CONNOR
Attorneys for Defendant Kosta Kobakof

/s/ Raymond A. Kresge
_____

By:   Raymond A. Kresge, Esq.
      RAYMOND A. KRESGE
      CARRIE B. ROSEN
      1900 Market Street
      Philadelphia, PA  19103
      (215) 665-2000